## WILKES *et al. v*. FOLSOM.

GEORGE, J. This case is in principle controlled by *Glover* v. *Newsome*, 134 *Ga.* 375 (67 S. E. 935), where it was held that "An interlocutory injunction which, if enforced, would result in the dispossession of the

defendant and the admission of the plaintiff into possession of the premises in controversy, is in legal effect a mandatory injunction; and the relief afforded by this injunctive order is not, under our law, within the proper scope of the writ of injunction." It is distinguishable on its facts from the cases of *Mackenzie* v. *Minis*, 132 *Ga.* 323 (63 S. E. 900, 23 L. R. A. (N. S.) 1003, 16 Ann. Cas. 723), *Collins Brothers Co.* v. *Georgia Hotel Co.*, 142 *Ga.* 703 (83 S. E. 660), and *Marshall* v. *Matthews*, 149 *Ga.* 370 (100 S. E. 103). It was therefore error to enjoin the defendants, who were in actual possession and asserting title, from further trespassing upon the land in dispute, from holding possession of the same, and from keeping their property and effects thereon.

*Judgment reversed. All the Justices concur, except Atkinson, J., absent.*
No. 1464. NOVEMBER 14, 1919.

Injunction. Before Judge Thomas. Brooks superior court. April 26, 1919.

*J. J. Murray,* for plaintiffs in error. *Branch & Snow,* contra.